UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTIZ, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*<br><br>Defendants. | Case No. 1:26-cv-05386-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 12). |

On August 5, 2026, Plaintiff filed a notice of voluntary dismissal of the entire action, stating as follows:

> Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual, and their counsel, hereby voluntarily dismiss all claims in the above-captioned action against Defendant COUNTY OF FRESNO, only, WITHOUT PREJUDICE, each party to bear its owns costs and attorney's fees.
>
> In support of this dismissal, Plaintiffs, ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; and AARON ORTIZ, an individual, state that Defendant COUNTY OF FRESNO has neither served an answer to the complaint nor filed a motion for summary judgment in this action. This dismissal does not affect Plaintiffs' claims against any other remaining defendants in this action, specifically Defendants STATE OF CALIFORNIA, a public entity; CALIFORNIA DEPARTMENT OF TRANSPORTATION, DIVISION OF RAIL AND MASS TRANSPORTATION, a public entity; CITY OF FRESNO, a public entity; SAN JOAQUIN JOINT POWERS AUHORITY, a public entity; BNSF RAILWAY COMPANY, a Delaware corporation; NATIONAL RAILROAD PASSENGER CORPORATION doing business as AMTRAK, and the action shall continue as to them.

(ECF No. 12).

In light of the filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 6, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE