UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTIZ, *et al.*<br>Plaintiffs,<br>v.<br>STATE OF CALIFORNIA, *et al.*<br>Defendants. | Case No. 1:26-cv-05386-KES-EPG<br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CITY OF FRESNO TO RESPOND TO COMPLAINT<br>(ECF No. 15). |

On August 14, 2026, defendant City of Fresno filed an "Initial Stipulation to Extend Time for Defendant, City of Fresno to Respond to Complaint." (ECF No. 15). The stipulation provides:

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the State Court Complaint in this matter was recently (7/10/26) removed to this Federal District Court by Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK;

WHEREAS, Defendant City of Fresno's current deadline to file a responsive pleading to Plaintiffs' Complaint in this removed action is August 14, 2026;

WHEREAS, Defendant City of Fresno sent a meet and confer letter to Plaintiff's counsel concerning deficiencies it believed existed in the complaint on August 4, 2026;

WHEREAS, counsel for City of Fresno spoke to Plaintiff's counsel's office on August 13, 2026, about its meet and confer letter dated August 4, 2026 and having met and conferred, the parties have agreed that additional time is necessary to evaluate the letter and determine if an amended complaint is appropriate;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant City of Fresno

1. Plaintiffs, ARTHUR CARLOS ORTIZ, JR., et al. (hereinafter "Plaintiffs"), by

> and through their Counsel of Record, Elizabeth Hernandez of the law firm BD&J, is presently analyzing the meet and confer letter but additional time is necessary to evaluate the legal issues raised therein;
> 2. Plaintiff has agreed that Defendant City of Fresno's response to the Complaint shall be due on or before September 4, 2026 so that the parties can continue their meaningful meet and confer dialogue.
> 3. This is the first extension of time requested or granted to Defendant City of Fresno regarding this deadline; and
> 4. This stipulation is executed by Plaintiff and Defendant City of Fresno, who are the parties implicated by this Stipulation.
>
> SO STIPULATED.

(*Id.*).

Upon review, the Court shall grant the stipulation and HEREBY ORDERS Defendant City of Fresno to file a response to the Complaint no later than September 4, 2026.

IT IS SO ORDERED.

Dated: **August 17, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE