UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORTIZ, *et al.*

Plaintiffs,

v.

STATE OF CALIFORNIA,

Defendant(s).

No. 1:26-cv-5386-KES-EPG

ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT, DEFENDANTS TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE

(ECF No. 17)

On September 4, 2026, Defendant City of Fresno filed a stipulation for an extension of time for Plaintiff to file an amended complaint, an extension of time for Defendants to respond to the amended complaint and to continue the initial scheduling conference. (ECF No. 17). The stipulation provides the following:

> TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
>
> WHEREAS, the State Court Complaint in this matter was recently removed to this Federal District Court by Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK on July 10, 2026;
>
> WHEREAS; there is no indication as of this filing that any Defendant has appeared in this matter other than the undersigned Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK;
>
> WHEREAS, Defendant CITY OF FRESNO's current deadline to file a responsive pleading to Plaintiffs' Complaint in this removed action is September 4, 2026, pursuant to Federal Rule of Civil Procedure 81(c)(2);
>
> WHEREAS, Plaintiffs and Defendant CITY OF FRESNO have met and conferred as of the

filing of this stipulation and reached the agreements herein stated, and now desire to avoid the filing of Defendant CITY OF FRESNO's response to the Complaint to save unnecessary costs of litigation and expense of judicial resources;

**WHEREFORE, WITH GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

1. Plaintiffs ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual, by and through their attorneys of record, and Defendant CITY OF FRESNO, by and through their attorneys of record, have met and conferred relating to Plaintiffs' Complaint;
2. Plaintiffs' have agreed to file an Amended Complaint by September 30, 2026;
3. Defendants shall have until October 28, 2026 to file a response to the amended complaint.
4. The parties request that the Mandatory Scheduling Conference currently scheduled for October 13, 2026 at 10:30 a.m. in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean be continued to a date in December that is convenient for the Court.

(*Id.*)

Upon consideration, the Court shall grant the parties' stipulation and HEREBY ORDERS as follows:

1. Plaintiffs shall file an amended complaint no later than September 30, 2026.
2. Defendants shall have until October 28, 2026 to file a responsive pleading to the amended complaint.
3. The initial scheduling conference currently scheduled for October 13, 2026 at 10:30 a.m. is continued to December 8, 2026 at 10:30 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **September 9, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE