UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTIZ, *et al.*<br>Plaintiffs,<br>v.<br>STATE OF CALIFORNIA,<br>Defendant(s). | No. 1:26-cv-5386-KES-EPG<br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT, DEFENDANTS TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE<br>(ECF No. 17) |

On September 29, 2026, the parties filed a joint stipulation for an extension of time for Plaintiff to file an amended complaint, an extension of time for Defendants to respond to the amended complaint and to continue the initial scheduling conference. (ECF No. 31). This is the second such request. (*See* ECF Nos. 17, 24). The present stipulation provides the following:

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

> The State Court Complaint in this matter was removed to this Federal District Court by Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Amtrak") on July 10, 2026 and Amtrak filed its Answer on July 17, 2026/
>
> Defendant County of Fresno was dismissed without prejudice from this matter on August 6, 2026.
>
> On August 4, 2026, counsel for the City's sent a meet and confer letter to Plaintiff's counsel discussing what the City viewed as deficiencies in the complaint. Counsel for the parties thereafter met and conferred, including a phone call on August 31, 2026.
>
> Since the filing of this Action, Plaintiff has dismissed the County and counsel for Plaintiff has indicated that an amended complaint will be filed in light of the parties now involved

in this matter and to address some of the issues raised by the City.

On September 23, 2026, Plaintiffs' counsel and counsel for the City of Fresno met and conferred and agreed the parties need additional time to try and reach an agreement. Therefore, they agreed to extend the current deadlines.

On September 24, 2026, Plaintiffs' counsel and counsel for Amtrak, BNSF Railway Company, San Joaquin Joint Powers Authority, and CALTRANS met and conferred and agreed to extend the current deadlines.

Plaintiff shall have until October 30, 2026 to file an amended complaint. While not obligated to do so, the City has indicated that it is happy to review the draft complaint and address any continued deficiencies, if any, before its filing.

Defendants shall have through November 30, 2026 in which to file a response to the amended complaint.

The scheduling conference is currently set for December 8, 2026. In light of the amended pleadings, the parties request that the scheduling conference be moved to a date in January of 2027 that is convenient to the Court.

The parties submit that good cause exists to allow for an amended complaint to be filed and the scheduling conference to be moved to potentially avoid the unnecessary law and motion associated with a motion to dismiss.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendants CITY OF FRESNO, AMTRAK, BNSF RAILWAY COMPANY, SAN JOAQUIN JOINT POWERS AUTHOIRTY, and CALTRANS, through their respective counsel, as follows:

Plaintiffs ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual, by and through their attorneys of record, Defendant CITY OF FRESNO, by and through their attorneys of record, and Defendants AMTRAK; BNSF RAILWAY COMPANY; SAN JOAQUIN JOINT POWERS AUTHORITY and CALTRANS, by and through their attorneys of record, have met and conferred relating to Plaintiffs' Complaint;

Plaintiffs have agreed to file an Amended Complaint by October 30, 2026;

Defendants shall have until November 30, 2026 to file a response to the amended complaint;

The parties request that the Mandatory Scheduling Conference currently scheduled for December 8, 2026 at 10:30 a.m. in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean be continued to a date in January 2027 that is convenient for the Court.

This Stipulation is executed by all parties who have filed an appearance in this action as of this filing.

SO STIPULATED.

(ECF No. 31 at 1-3). (internal numbering omitted).

Upon consideration, the Court shall grant the parties' stipulation and HEREBY ORDERS as follows:

1. Plaintiffs shall file an amended complaint no later than October 30, 2026.
2. Defendants shall have until November 30, 2026, to file a responsive pleading to the amended complaint.
3. The initial scheduling conference currently scheduled for December 8, 2026, at 10:30 a.m. is continued to January 19, 2027, at 11:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **September 29, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE