UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual,

Plaintiffs,

v.

STATE OF CALIFORNIA, a public entity; CALIFORNIA DEPARTMENT OF TRANSPORTATION, DIVISION OF RAIL AND MASS TRANSPORTATION, a public entity; COUNTY OF FRESNO, a public entity; CITY OF FRESNO, a public entity; SAN JOAQUIN JOINT POWERS AUTHORITY, a public entity; BNSF RAILWAY COMPANY, a Delaware corporation; NATIONAL RAILROAD PASSENGER CORPORATION doing business as AMTRAK and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:26-CV-05386-KES-EPG

ORDER GRANTING JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT, RESPONSIVE PLEADING AND TO CONTINUE SCHEDULING CONFERENCE

(ECF No. 34).

On October 30, 2026, Plaintiffs ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual, filed a Joint Stipulation and Order Extending Time to File Amended Complaint, Responsive Pleading and to Continue Scheduling Conference. The Stipulation provides as follows:

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1. The State Court Complaint in this matter was removed to this Federal District Court

by Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Amtrak") on July 10, 2026 and Amtrak filed its Answer on July 17, 2026;

2. Defendant County of Fresno was dismissed without prejudice from this matter on August 6, 2026.

3. On August 4, 2026, counsel for the City's sent a meet and confer letter to Plaintiff's counsel discussing what the City viewed as deficiencies in the complaint. Counsel for the parties thereafter met and conferred, including a phone call on August 31, 2026.

4. Since the filing of this Action, Plaintiff has dismissed the County and counsel for Plaintiff has indicated that an amended complaint will be filed in light of the parties now involved in this matter and to address some of the issues raised by the City.

5. On September 23, 2026, Plaintiffs' counsel and counsel for the City of Fresno met and conferred and agreed the parties need additional time to try and reach an agreement. Therefore, they agreed to extend the current deadlines.

6. On September 24, 2026, Plaintiffs' counsel and counsel for Amtrak, BNSF Railway Company, San Joaquin Joint Powers Authority, and CALTRANS met and conferred and agreed to extend the current deadlines.

7. On October 29, 2026, Plaintiffs' counsel and counsel for City of Fresno attempted to meet and confer but due to conflicting schedules, they were unable to do so.

8. On October 30, 2026, Plaintiff's counsel, counsel for the City of Fresno, and counsel for Amtrak, BNSF Railway Company, San Joaquin Joint Powers Authority, and CALTRANS agreed to extend the current deadlines.

9. Plaintiff shall have until November 30, 2026 to file an amended complaint. Plaintiff's counsel has recently provided the City with a draft complaint and while not obligated to do so, the City has indicated that it is happy to review the draft complaint and address any continued deficiencies, if any, before its filing.

10. Defendants shall have through December 30, 2026 in which to file a response to the amended complaint.

11. The scheduling conference is currently set for January 29, 2029. In light of the

amended pleadings, the parties request that the scheduling conference be moved to a date in February of 2027 that is convenient to the Court.

12. The parties submit that good cause exists to allow for an amended complaint to be filed and the scheduling conference to be moved to potentially avoid the unnecessary law and motion associated with a motion to dismiss.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants CITY OF FRESNO, AMTRAK, BNSF RAILWAY COMPANY, SAN JOAQUIN JOINT POWERS AUTHORITY, and CALTRANS, through their respective counsel, as follows:

1. Plaintiffs ARTHUR CARLOS ORTIZ, JR., an individual; RITCHIE ARTHUR ORTIZ, an individual; PABLO JOSEPH ORTIZ, an individual; DESIREE ORTIZ, an individual; AARON ORTIZ, an individual, by and through their attorneys of record, Defendant CITY OF FRESNO, by and through their attorneys of record, and Defendants AMTRAK; BNSF RAILWAY COMPANY; SAN JOAQUIN JOINT POWERS AUTHORITY and CALTRANS, by and through their attorneys of record, have met and conferred relating to Plaintiffs' Complaint;

2. Plaintiffs have agreed to file an Amended Complaint by November 30, 2026;

3. Defendants shall have until December 30, 2026 to file a response to the amended complaint.

4. The parties request that the Mandatory Scheduling Conference currently scheduled for January 19, 2027 at 11:00 a.m. in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean be continued to a date in February 2027 that is convenient for the Court.

5. This Stipulation is executed by all parties who have filed an appearance in this action as of this filing.

ORDER

Upon review of the parties' stipulation, and good cause thus appearing, the Court HEREBY ORDERS the following:

1. Plaintiffs shall file an Amended Complaint no later than November 30, 2026.
2. Defendants shall file a response to the amended complaint no later than December 30, 2026.
3. The initial scheduling conference currently scheduled for January 19, 2027, at 11:00 a.m. is continued to February 16, 2027 at 10:00 a.m., The parties are directed to file a joint scheduling report no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE